UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFRIN DANEXIS RODRIGUEZ TREJO, <br><br> Defendant. | Case No. 22-52 SKV <br><br> DETENTION ORDER |

Offenses charged:

Mr. Rodriguez Trejo is charged with possession of fentanyl with intent to distribute, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2. The Court held a detention hearing on February 15, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention set forth on the record and hereafter, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Rodriguez Trejo poses a risk of nonappearance due to possession of a foreign passport and ties to a foreign country. Mr. Rodriquez Trejo's family lives in a foreign country and his wife and son are foreign nationals. Mr. Rodriquez Trejo

DETENTION ORDER - 1

does not have ties to the community.

3. Mr. Rodriguez Trejo poses a risk of danger due to the nature of the instant offense. The Court notes that Mr. Rodriguez Trejo is alleged to have been selling over 14 pounds of M30 pills.

4. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Rodriguez Trejo's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Rodriguez Trejo shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Rodriguez Trejo shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Rodriguez Trejo is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Rodriguez Trejo, to the United States Marshal, and to the United States Pretrial Services Officer.

\\

1  \\

2  Dated this 16th day of February, 2022.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3